**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 16 2015



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERTO HERRERA,<br><br>            Plaintiff - Appellant,<br><br>  v.<br><br>PERRY, individual and official capacity; et al.,<br><br>            Defendants - Appellees. | No. 14-56003<br><br>D.C. No. 2:12-cv-01873-JAK-DTB<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
John A. Kronstadt, District Judge, Presiding

Submitted December 9, 2015[**]

Before:    WALLACE, RAWLINSON, and IKUTA, Circuit Judges.

Roberto Herrera, a California state prisoner, appeals pro se from the district

court's judgment in his 42 U.S.C. § 1983 action alleging that defendants violated

his constitutional rights in obtaining a state court criminal conviction. We have

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

jurisdiction under 28 U.S.C. § 1291.  We review de novo.  *Guerrero v. Gates*, 442 F.3d 697, 703 (9th Cir. 2006) (dismissal under Fed. R. Civ. P. 12(b)(6)); *Whitaker v. Garcetti*, 486 F.3d 572, 579 (9th Cir. 2007) (dismissal under *Heck v. Humphrey*, 512 U.S. 477 (1994)).  We affirm.

The district court properly dismissed Herrera's action for damages as *Heck*-barred because if successful, his claims would necessarily imply the invalidity of his conviction, and Herrera has not demonstrated that his conviction has been overturned.  *See Heck*, 512 U.S. at 486-87 (the district court must dismiss a damages action, which, if successful, would necessarily imply the invalidity of a conviction, absent a showing that the conviction has been overturned).

Herrera's motion for copies of certain district court documents, filed on March 16, 2015, is denied as moot.

**AFFIRMED.**

14-56003